**Michael W. HORTON, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 8, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of May, probable jurisdiction is noted and the order of the Commonwealth Court is affirmed.

**MERCURY TRUCKING, INC., Appellee**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

May 8, 2008.

Notice of Appeal No. 24 MAP 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of May, the Notice of Appeal is hereby **QUASHED.**